FRANK VESEKIS ET AL. *v.* BRISTOL ZONING COMMISSION ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*Richard M. Krezel,* in support of the petition.

*Kenneth J. Laska,* city attorney, and *James E. Hayes,* in opposition.

Submitted June 23—decided July 11, 1973

STATE OF CONNECTICUT *v.* EUGENE CARLI

The plaintiff's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Morris H. Globerman,* assistant prosecuting attorney, in support of the petition.

*Arthur P. Meisler,* in opposition.

Submitted July 9—decided July 18, 1973

FRANK PIASCIK *v.* STONE, INC.

The defendant's petition for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Roger J. Frechette,* in support of the petition.

Submitted July 10—decided July 18, 1973

RICHARD MALONEY ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF CANTON ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.